# VRC | VLADECK RASKIN CLARK P.C.

Anne L. Clark
(212) 403-7332
aclark@vladeck.com

November 13, 2024

**VIA ECF**
Honorable Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

     Re:     <u>Caroline Reichert v. Casa Systems, Inc., et al.</u>, Case No.: 7:24-cv-00996 (KMK)

Dear Judge Karas:

We write to you on behalf of Plaintiff Caroline Reichert, with the consent of Defendants, pursuant to Rule I(C) of Your Honor's Individual Rules to respectfully request that this Court reschedule the pre-motion conference currently scheduled for 11:00 A.M. on December 18, 2024 (<u>see</u> Dkt. No. 56) due to a scheduling conflict for Plaintiff's counsel.

After conferring, counsel have identified the following dates and times that work well for both parties:

- Tuesday, December 17, 2024
- Thursday, December 19, 2024 – after 12:00 P.M.

If none of the above dates and times are amenable to this Court, please advise and counsel will confer to come up with additional dates and times.

This is the parties' first request for the date and time of this conference to be rescheduled.

Granted. The conference is moved to 12/ 19/24, at 12:30

So Ordered
11/13/24

Respectfully submitted,

/s/

Anne L. Clark

ALC:md

Cc: Opposing counsel (via ECF)